VOUGHT, CAMPBELL, WARD & Co., INC., and Others, Respondents, v. ESTHER L. ROWLAND, Individually and as Sole Surviving Executrix and Trustee of MARY JANE OSBORN, Deceased, and Others, Appellants.— Order denying appellants' motion for an order of interpleader substituting Jacob Gralla, a claimant, as the defendant in this action to recover brokerage commissions, and to direct the defendants to pay into court the sum of $875 and, upon making such payment, to discharge them from liability to any claimant, reversed on the law and the facts, with ten dollars costs and disbursements, and motion granted, without costs. We are of opinion that this is a proper case for interpleader. (*Williamsburgh Savings Bank* v. *Avery*, 260 App. Div. 1047; *Pell & Tibbits, Inc.*, v. *Bedford*, 238 id. 856; *Dardonville* v. *Smith*, 133 id. 234; *Crane* v. *McDonald*, 118 N. Y. 648.) Hagarty, Adel, Taylor and Close, JJ., concur; Lazansky, P. J., concurs on authority of *Williamsburgh Savings Bank* v. *Avery* (*supra*), but adheres to the views expressed in his dissenting memorandum in that case.

HOWARD O. WOOD and Others, as Trustees, etc., of ROBERT C. OGDEN, Deceased, Respondents, v. OLIVE DENNING and Others, Defendants; CHARLES CORNELL, Appellant; EDNA M. WATERMAN, Receiver, Respondent.— In an action to foreclose a mortgage on real property, order denying appellant's motion to vacate the order of receivership, cancel the *lis pendens*, and dismiss the action, affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Adel, Taylor and Close, JJ., concur; Hagarty, J., not voting.

## (March 5, 1941.)

MAX STEIN, Respondent, v. ROSE BRAVERMAN, Appellant.— Order denying motion for an order directing cancellation and discharge of record of a judgment in favor of plaintiff and the vacating of an execution against property on the ground that the judgment is fully paid and discharged, affirmed, with fifty dollars costs and disbursements. No opinion. Lazansky, P. J., Hagarty, Johnston, Adel and Close, JJ., concur.

## (March 10, 1941.)

ANNA BOYLE, Respondent, v. THE GREAT ATLANTIC & PACIFIC TEA COMPANY, Appellant.— Motion for leave to appeal to the Appellate Division granted. Present — Lazansky, P. J., Carswell, Adel, Taylor and Close, JJ.

PETER A. CAMILLI, INC., and Others, Respondents, v. CLUBWAY ESTATES, INC., Appellant, and FRED RUDINGER, Impleaded with the Defendant CLUBWAY ESTATES, INC., on This Appeal, Appellant.— Motion to dismiss appeals granted, with ten dollars costs, and appeals dismissed, with ten dollars costs and disbursements. In all other respects the motion is denied. The condition of the bond continues after the determination of the appeal. A dismissal is a " determination." Hence the bond continues in effect without further action by the court. Present — Lazansky, P. J., Carswell, Adel, Taylor and Close, JJ.

CRYSTALITE ILLUMINATING Co., INC., Appellant, v. MEYER AUTO CORPORATION, Respondent.— Motion for leave to appeal to the Appellate Division denied on the merits and also for failure to comply with rule XXVI, Rules of the Appellate Division, Second Department, with ten dollars costs. Present — Lazansky, P. J., Carswell, Adel, Taylor and Close, JJ.